# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 23-1558     **Short Title:** Concepcion v. Office

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Office of the Commissioner of Baseball, Robert D. Manfred, Jr., Allan Huber Selig [see attachment for additional appellees.]     as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

| | |
|---|---|
| /s/ R. Adam Lauridsen | 7/19/2023 |
| Signature | Date |
| Robert Adam Lauridsen | |
| Name | |
| Keker, Van Nest & Peters LLP | 415.391.5400 |
| Firm Name (if applicable) | Telephone Number |
| 633 Battery Street | 415.397.7188 |
| Address | Fax Number |
| San Francisco, CA 94111 | alauridsen@keker.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1208719

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# LIST OF ADDITIONAL APPELLEES REPRESENTED

| | |
|---|---|
| Angels Baseball LP | Appellee-Defendant |
| Athletics Investment Group LLC | Appellee-Defendant |
| Atlanta National League Baseball Club, LLC | Appellee-Defendant |
| AZPB Limited Partnership | Appellee-Defendant |
| Baltimore Orioles Limited Partnership | Appellee-Defendant |
| Baltimore Orioles, Inc. | Appellee-Defendant |
| Baseball Club of Seattle, LLLP | Appellee-Defendant |
| Boston Red Sox Baseball Club Limited Partnership | Appellee-Defendant |
| Chicago Cubs Baseball Club, LLC | Appellee-Defendant |
| Chicago White Sox, Ltd. | Appellee-Defendant |
| Cincinnati Reds, LLC | Appellee-Defendant |
| Cleveland Guardians Baseball Company, LLC | Appellee-Defendant |
| Colorado Rockies Baseball Club, Ltd. | Appellee-Defendant |
| Detroit Tigers, Inc | Appellee-Defendant |
| Houston Astros, LLC | Appellee-Defendant |
| Kansas City Royals Baseball Club, LLC | Appellee-Defendant |
| Los Angeles Dodgers Holding Company LLC | Appellee-Defendant |
| Los Angeles Dodgers LLC | Appellee-Defendant |
| Marlins Teamco LLC | Appellee-Defendant |
| Milwaukee Brewers Baseball Club, Inc. | Appellee-Defendant |
| Milwaukee Brewers Baseball Club, L.P. | Appellee-Defendant |
| Minnesota Twins, LLC | Appellee-Defendant |
| New York Yankees Partnership | Appellee-Defendant |
| Padres, L.P. | Appellee-Defendant |
| Phillies | Appellee-Defendant |
| Pittsburgh Associates | Appellee-Defendant |
| Rangers Baseball Express LLC | Appellee-Defendant |
| Rangers Baseball LLC | Appellee-Defendant |

2325077

| | |
|---|---|
| Rogers Blue Jays Baseball Partnership | Appellee-Defendant |
| San Francisco Baseball Associates LLC | Appellee-Defendant |
| St. Louis Cardinals, LLC | Appellee-Defendant |
| Sterling Mets, L.P. | Appellee-Defendant |
| Tampa Bay Rays Baseball Ltd. | Appellee-Defendant |
| Washington Nationals Baseball Club, LLC | Appellee-Defendant |