# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 23-1558          **Short Title:** Concepcion v. Office

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Office of the Commissioner of Baseball, Robert D. Manfred, Jr., Allan Huber Selig [see attachment for additional appellees.] _____  as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Thomas E. Gorman _____          7/19/2023 _____
Signature                                                              Date

Thomas E. Gorman _____
Name

Keker, Van Nest & Peters LLP _____          415.391.5400 _____
Firm Name (if applicable)                                  Telephone Number

633 Battery Street _____          415.397.7188 _____
Address                                                              Fax Number

San Francisco, CA 94111 _____          tgorman@keker.com _____
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 1208720 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# LIST OF ADDITIONAL APPELLEES REPRESENTED

| | |
|---|---|
| Angels Baseball LP | Appellee-Defendant |
| Athletics Investment Group LLC | Appellee-Defendant |
| Atlanta National League Baseball Club, LLC | Appellee-Defendant |
| AZPB Limited Partnership | Appellee-Defendant |
| Baltimore Orioles Limited Partnership | Appellee-Defendant |
| Baltimore Orioles, Inc. | Appellee-Defendant |
| Baseball Club of Seattle, LLLP | Appellee-Defendant |
| Boston Red Sox Baseball Club Limited Partnership | Appellee-Defendant |
| Chicago Cubs Baseball Club, LLC | Appellee-Defendant |
| Chicago White Sox, Ltd. | Appellee-Defendant |
| Cincinnati Reds, LLC | Appellee-Defendant |
| Cleveland Guardians Baseball Company, LLC | Appellee-Defendant |
| Colorado Rockies Baseball Club, Ltd. | Appellee-Defendant |
| Detroit Tigers, Inc | Appellee-Defendant |
| Houston Astros, LLC | Appellee-Defendant |
| Kansas City Royals Baseball Club, LLC | Appellee-Defendant |
| Los Angeles Dodgers Holding Company LLC | Appellee-Defendant |
| Los Angeles Dodgers LLC | Appellee-Defendant |
| Marlins Teamco LLC | Appellee-Defendant |
| Milwaukee Brewers Baseball Club, Inc. | Appellee-Defendant |
| Milwaukee Brewers Baseball Club, L.P. | Appellee-Defendant |
| Minnesota Twins, LLC | Appellee-Defendant |
| New York Yankees Partnership | Appellee-Defendant |
| Padres, L.P. | Appellee-Defendant |
| Phillies | Appellee-Defendant |
| Pittsburgh Associates | Appellee-Defendant |
| Rangers Baseball Express LLC | Appellee-Defendant |
| Rangers Baseball LLC | Appellee-Defendant |

2325077

| | |
|---|---|
| Rogers Blue Jays Baseball Partnership | Appellee-Defendant |
| San Francisco Baseball Associates LLC | Appellee-Defendant |
| St. Louis Cardinals, LLC | Appellee-Defendant |
| Sterling Mets, L.P. | Appellee-Defendant |
| Tampa Bay Rays Baseball Ltd. | Appellee-Defendant |
| Washington Nationals Baseball Club, LLC | Appellee-Defendant |