# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 23-1558    **Short Title:** Concepcion v. MLB

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Daniel Concepcion, Aldemar Burgos, and Sidney Duprey-Conde</u> as the

[✔] appellant(s)    [ ] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ Samuel Kornhauser</u>    <u>7/25/2023</u>
Signature    Date

<u>Samuel Kornhauser</u>
Name

<u>Law Offices of Samuel Kornhauser</u>    <u>(415) 981-6281</u>
Firm Name (if applicable)    Telephone Number

<u>155 Jackson Street, Suite 1807</u>    <u>(415) 981-7616</u>
Address    Fax Number

<u>San Francisco, CA 94111</u>    <u>samuel.kornhauser@gmail.com</u>
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: <u>1133698</u>

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the following document with the United States Court of Appeals for the First Circuit by using the CM/ECF system: NOTICE OF APPEARANCE OF SAMUEL KORNHAUSER. All counsel of record who have filed notices of appearance and are registered as ECF Filers will be served by the CM/ECF system.

/s/ Samuel Rolnick  
Samuel Rolnick