LAW OFFICES

# SAMUEL KORNHAUSER

155 Jackson Street, Suite 1807, San Francisco, CA 94111
(415) 981-6281; FAX (415) 981-7616
Samuel.kornhauser@gmail.com

**SAMUEL KORNHAUSER**

November 3, 2023

Clerk of the Court
United States Court of Appeals
John Joseph Moakley U. S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:     Appeal No. 23-1558 Concepcion v. MLB

Appellants wish to further apprise this Court of the apparent confidential

settlement reached by Office of the Commissioner of Baseball dba Major League

Baseball and several constituent Major League Baseball teams (collectively

"MLB"), all of whom are Appellees in this case, and the Plaintiffs in the Tri-

Valley AlleyCats case. MLB apparently settled the Tri-Valley AlleyCats federal

and state cases in order to avoid possible Supreme Court review of the so-called

business of baseball and Curt Flood Act antitrust "exemptions". (Copies of four

media articles on the settlement are attached hereto as Group Exhibit A.)

The Tri-Valley AlleyCats case is/was the subject of the Tri-Valley Alleycats

Plaintiffs' Petition for Writ of Certiorari in Supreme Court Case No. 23-283. The

Tri-Valley AlleyCats Plaintiffs, like the Concepcion Plaintiffs in this case, were

challenging the validity of the judicially created "business of baseball exemption"

from the federal antitrust laws and the Curt Flood Act's purported antitrust exemption. The MLB Appellees in this case, who are claiming there is no merit to the Concepcion Plaintiffs' Antitrust/Equal Protection claims, are the same parties that settled those similar antitrust exemption claims in the Tri-Valley AlleyCats case.

The undersigned requests that this Court consider this "settlement" development and the amicus briefs in support of the Petition for Writ of Certiorari that was filed in the Tri-Valley AlleyCats case when considering MLB's argument that the business of baseball antitrust exemption and Curt Flood Act purported antitrust exemption are valid.


Respectfully submitted,


Dated: November 3, 2023          LAW OFFICES OF SAMUEL KORNHAUSER

And

LAW OFFICES OF BRIAN DAVID

By:   /s/ *Samuel Kornhauser*
         Samuel Kornhauser

Attorneys for Appellants

**GROUP EXHIBIT A**

# MLB settles lawsuits from former affiliates over minor league cuts

**Associated Press**

**Nov 2, 2023, 06:57 PM ET**

NEW YORK -- Major League Baseball avoided a possible U.S. Supreme Court challenge to its antitrust exemption when it settled a federal lawsuit and two in New York State court filed by minor league teams who lost their big league affiliations.

James W. Quinn, a lawyer for the teams who sued, said Thursday that a settlement had been reached in all three cases. Quinn said the terms of the settlement were confidential.

MLB declined comment.

MLB cut the minimum guaranteed minor league affiliation agreements from 160 to 120 in September 2020 and took over running the minors from the National Association of Professional Baseball Leagues, which had been in charge since 1901.
The parent companies of the Staten Island Yankees, Tri-City ValleyCats, Salem-Keizer Volcanoes and Norwich Sea Unicorns sued MLB in December 2021 in U.S. District Court in Manhattan, alleging a violation of the Sherman Antitrust Act caused by "a horizontal agreement between competitors that has artificially reduced and capped output in the market for MiLB teams affiliated with MLB clubs."

Tri-City and Norwich sued in state court in January 2021 and a trial had been scheduled to start on Nov. 13 on issues such as whether MLB made improper inducements to minor league teams and whether minor league teams breached their agreements with the former minor league governing body.

The federal suit was dismissed in U.S. District Court in Manhattan because of the antitrust exemption and that decision was affirmed by the 2nd U.S. Circuit Court of Appeals. Lawyers for the minor league teams then asked the U.S. Supreme Court to review the decision in an attempt to overturn baseball's antitrust exemption, created by a 1922 Supreme Court ruling. The Supreme Court had not yet considered whether to accept the case.

The Supreme Court granted baseball an antitrust exemption in the Federal League case when Justice Oliver Wendell Holmes wrote that baseball was not interstate commerce but exhibitions exempt from antitrust laws. The Supreme Court reaffirmed the decision in a 1953 case involving New York Yankees farmhand George Toolson and in the 1972 Curt Flood decision, saying any changes should come from Congress.

A 1998 law applied antitrust laws to MLB affecting the employment of major league players at the major league level.

# MLB down to 120 farm teams after 40 cities dropped as affiliates

**Associated Press**

**Dec 9, 2020, 09:31 PM ET**

NEW YORK -- Jackson, Tennessee, lost its Double-A baseball team for next season, one of 40 cities dropped as professional affiliates as Major League Baseball went through with its plan to cut to 120 farm teams.

The New York-Penn League, which started in 1939, was eliminated and the Pioneer League, founded the same year, lost its affiliated status and became an independent partner league. The Appalachian League was converted to a college summer circuit for rising freshmen and sophomores.

Each franchise's top four affiliates will include one team each at Triple-A, Double-A, High-A and Low-A. Additional clubs are allowed at spring training complexes and in the Dominican Republic.

**EDITOR'S PICKS**



- **Minor league affiliates tracker: How MLB's restructure shakes out**
  3yESPN.com

Jackson had fielded a Double-A team since 1998, first as a farm team of the Chicago Cubs through 2006, then of Seattle through 2016 and Arizona since 2017. The Amarillo Sod Poodles will switch to the Diamondbacks from San Diego, and the San Antonio Missions from Milwaukee to the Padres, dropping down from Triple-A.

"If we have the necessary advocacy, Major League Baseball has stated a commitment to provide sustainable opportunities for the Jackson Generals to maintain professional baseball," Generals general manager Marcus Sabata said in a statement. "We will wait, respectfully, for more clarity and for the process to play out while continuing to advocate for, and invest in, the city of Jackson and the state of Tennessee."

MLB ended the Professional Baseball Agreement that governed the relationship between the majors and minors. The National Association of Professional Baseball Leagues, which had governed the minors since 1901, is closing down, and the minors will be run from MLB's office in New York under the supervision of Peter Woodfork, MLB's new senior vice president of minor league operations and development.

Washington is dropping the Fresno Grizzlies in California as its Triple-A team in favor of Rochester, New York, which had been affiliated with Minnesota. The Twins' Triple-A team will be the St. Paul Saints, which had been an independent team.
The Saints, one of the rare independent clubs to become a farm team, play at 7,000-seat CHS Field, a five-year-old ballpark about 11 miles east of Target Field at the other end of a light rail line. CHS Field served as Minnesota's alternate training site during the pandemic-altered 2020 season.

Minnesota moved its Double-A affiliate from Pensacola, Florida, to Wichita, Kansas.

"We have long admired the creative excellence of Marv Goldklang, Mike Veeck and their team in making the Saints one of America's most successful minor league brands," Twins president Dave St. Peter said. "We are incredibly excited at the thought of Minnesota baseball fans having the opportunity to watch their favorite Twins prospects as they wear the Saints uniform and play at gorgeous CHS Field. Simply put, a Twins-Saints partnership would not only be historic, but a wonderful boon for baseball in the Twin Cities and beyond."

Fresno, California, will wind up as the Low-A team of Colorado, according to the Fresno City Council. The Rockies were planning to terminate their affiliation with Lancaster, California. Major league teams issued 119 invitations Wednesday, and the Rockies then became the final franchise to settle its alignment when the Fresno City Council approved the deal.

The Frederick Keys of the Carolina League also lost professional status. The team, which had been a Baltimore affiliate, will be part of the Draft League that was announced last month for prospects ahead of the amateur draft.
The Nashville Sounds of the Triple-A Pacific Coast League reunite with Milwaukee, its parent club from 2005 to 2014, from Texas. Rock Round rejoins the Rangers after two seasons with Houston, and the Sugar Land Skeeters move to the PCL from the independent Atlantic League to become Houston's top farm team.
The Jacksonville Shrimp move up from Double-A to Triple-A with the Miami Marlins. The Wichita Wind Surge, who were to have started as Miami's Triple-A team in the pandemic-canceled 2020 season, will drop a level to affiliate with the Twins. The team had been the Marlins' Triple-A New Orleans Baby Cakes through 2019.
Binghamton, New York, which had been targeted for elimination, will remain as the New York Mets' Double-A team.
"This result is nothing short of a home run," said Sen. Chuck Schumer, the New York Democrat who is Senate minority leader.

The Brooklyn Cyclones shift from the New York-Penn League to the new High-A full season Mid-Atlantic League and remain with the Mets. As part of the changes announced by the Yankees last month, short-season Staten Island is being dropped along with Double-A Trenton, New Jersey, which will be replaced by Somerset, New Jersey. Trenton will join the Draft League.

Hudson Valley moves from Tampa Bay's New York-Penn team to the Yankees' Mid-Atlantic League team, while Lansing stays in the Midwest League and shifts from Toronto to Oakland. The Augusta GreenJackets of the South Atlantic League shift to Atlanta to San Francisco, and the Asheville Tourists switch to Houston from Colorado. The Florida State League and California League shift to Low-A from High-A.

# Tri-City ValleyCats settle suit with MLB, Houston Astros

Minor league baseball team was scheduled to go to trial in Manhattan on Nov. 13

Mark Singelais

Nov. 2, 2023Updated: Nov. 2, 2023 8:22 p.m.



The Tri-City ValleyCats, who lost their MLB affiliation three years ago, have settled their legal battle with MLB and the Houston Astros.

Lori Van Buren/Albany Times Union

Rather than swing for the fences in court, the Tri-City ValleyCats settled their legal battle against Major League Baseball and the Houston Astros, 11 days before they were to go to trial in Manhattan.

"The entire dispute has been amicably resolved," ValleyCats attorney James Quinn said Thursday. That includes the antitrust case the ValleyCats were trying to get in front of the U.S. Supreme Court.

Quinn declined to reveal the terms of the settlement, citing confidentiality issues. The ValleyCats were seeking at least $15 million after being dropped as a Houston Astros' affiliate in 2020, part of MLB contracting the minor league system from 160 to 120 teams.

Tri-City served as the New York-Penn League affiliate of the Astros for 18 seasons. The ValleyCats now play in the independent Frontier League.

ValleyCats chairman Doug Gladstone, majority owner of the franchise, was unavailable for comment.

Defense attorney John L. Hardiman wrote a letter on behalf of all parties to New York County Supreme Court Judge Barry Ostrager on Thursday.

"The parties anticipate filing stipulations of discontinuance next week and respectfully request that the Court adjourn the hearing currently scheduled for (Friday), November 3, 2023 at 10:00 a.m," Hardiman wrote.

Hardiman didn't return an email seeking comment.

The Oneonta Athletic Corp. was also suing the Detroit Tigers in the same trial. By settling the case, MLB also protects the antitrust exemption it has held since 1922.

Last month, 18 attorneys general, including New York's Letitia James, urged the Supreme Court to hear the antitrust case.

"Baseball may be 'America's Pastime,' but it should also have to play by America's laws that govern monopolies," James wrote.

James said MLB "punished fans and local communities" by cutting 40 minor league teams out of the system.

In the Manhattan trial that was to begin Nov. 13, the ValleyCats sought to recover at least $15 million in damages allegedly caused by the termination of their relationship with Houston and MLB. According to the ValleyCats, those losses included improvements to wireless technology and facility renovations at Joseph L. Bruno Stadium.

Tri-City also cited the potential loss of lucrative sponsorship agreements, ticket revenue and team value.

Average attendance, which routinely topped 4,000 at Bruno Stadium as an Astros affiliate, has remained below 3,000 per game in three seasons as an independent-league franchise.

The ValleyCats accused MLB of tortious interference with Tri-City's contract with other minor league clubs — known as the National Association Agreement — by forcing minor league teams to negotiate individually with MLB in order to be part of the 120 affiliates.

In August of 2021, Ostrager partially denied a motion to dismiss the suit. He dismissed several of the ValleyCats' claims while allowing others to go forward.

Last year, Quinn said he wasn't optimistic the case would be settled.

"Because Major League Baseball so far hasn't indicated they're willing to compensate the ValleyCats and the other teams that sued in any way that's reasonable and fair," Quinn said at the time.

With a trial imminent, and the possibility the Supreme Court could strike down MLB's antitrust exemption, the sides came to terms.

# New Balance Article

# MLB Settles Lawsuits with 2 Former MiLB Teams, Avoids Antitrust Exemption Challenge

**FRANCISCO ROSA**

**NOVEMBER 2, 2023**

Major League Baseball settled a federal lawsuit and two suits in New York state court Thursday that were filed by minor league teams who no longer have major league affiliations, according to The Athletic's Evan Drellich.

Thanks to the settlement, MLB avoids a potential Supreme Court challenge to its antitrust exemption that has been in place for over 100 years, dating back to a Supreme Court decision from 1922.

James W. Quinn, a lawyer for the teams that sued the league, said that a settlement had been reached in all three cases but that the terms of the settlement are confidential.

MLB declined Drellich's request for a comment.

Back in 2020, MLB took over running the minor leagues from the National Association of Professional Baseball Leagues and decided to cut its minor league affiliation agreements from 160 to 120.

The Staten Island Yankees, Norwich Sea Unicorns and Tri-City ValleyCats were among the teams ousted and the parent company of those organizations decided to sue in December 2021 in U.S. District Court in Manhattan.

They alleged that MLB had committed a violation of the Sherman Antitrust Act caused by "a horizontal agreement between competitors that has artificially reduced and capped output in the market for MiLB teams affiliated with MLB clubs," per a report by the Associated Press.

Tri-City and Norwich sued in state court in January 2021 on several issues such as whether MLB made improper inducements to minor league teams, among others. That trial was supposed to begin Nov. 13 but will be avoided thanks to the settlement.

As for the federal suit, it "was dismissed in U.S. District Court in Manhattan because of the antitrust exemption and that decision was affirmed by the 2nd U.S. Circuit Court of Appeals," per the AP.

Lawyers for the minor league teams wanted the Supreme Court to take the case to overturn that antitrust exemption.

# MLB settles lawsuits with former minor league teams, avoids U.S. Supreme Court challenge to antitrust exemption

**By The Athletic Staff and Evan Drellich** Nov 2, 2023

Major League Baseball on Thursday settled a federal lawsuit and two suits in New York state court that were brought by two minor league teams, according to Jim Quinn, an attorney for those teams. The settlement avoids a potential challenge to baseball's antitrust exemption that had been appealed to the U.S. Supreme Court.

# MLB settles lawsuits from former affiliates over minor league cuts

**Associated Press**

**Nov 2, 2023, 06:57 PM ET**

NEW YORK -- Major League Baseball avoided a possible U.S. Supreme Court challenge to its antitrust exemption when it settled a federal lawsuit and two in New York State court filed by minor league teams who lost their big league affiliations.

James W. Quinn, a lawyer for the teams who sued, said Thursday that a settlement had been reached in all three cases. Quinn said the terms of the settlement were confidential.

MLB declined comment.

[MLB cut the minimum guaranteed minor league affiliation agreements from 160 to 120 in September 2020](#) and took over running the minors from the National Association of Professional Baseball Leagues, which had been in charge since 1901.
The parent companies of the Staten Island Yankees, Tri-City ValleyCats, Salem-Keizer Volcanoes and Norwich Sea Unicorns sued MLB in December 2021 in U.S. District Court in Manhattan, alleging a violation of the Sherman Antitrust Act caused by "a horizontal agreement between competitors that has artificially reduced and capped output in the market for MiLB teams affiliated with MLB clubs."

Tri-City and Norwich sued in state court in January 2021 and a trial had been scheduled to start on Nov. 13 on issues such as whether MLB made improper inducements to minor league teams and whether minor league teams breached their agreements with the former minor league governing body.

The federal suit was dismissed in U.S. District Court in Manhattan because of the antitrust exemption and that decision was affirmed by the 2nd U.S. Circuit Court of Appeals. Lawyers for the minor league teams then asked the U.S. Supreme Court to review the decision in an attempt to overturn baseball's antitrust exemption, created by a 1922 Supreme Court ruling. The Supreme Court had not yet considered whether to accept the case.

The Supreme Court granted baseball an antitrust exemption in the Federal League case when Justice Oliver Wendell Holmes wrote that baseball was not interstate commerce but exhibitions exempt from antitrust laws. The Supreme Court reaffirmed the decision in a 1953 case involving [New York Yankees](#) farmhand George Toolson and in the 1972 Curt Flood decision, saying any changes should come from Congress.
A 1998 law applied antitrust laws to MLB affecting the employment of major league players at the major league level.

# Spectrum News Article (with linked articles by Associated Press)

## MLB settles lawsuits from minor league teams, avoids possible antitrust challenge at Supreme Court

BY ASSOCIATED PRESS NEW YORK STATE
PUBLISHED 7:31 AM ET NOV. 03, 2023

NEW YORK (AP) — Major League Baseball avoided a possible U.S. Supreme Court challenge to its antitrust exemption when it settled a federal lawsuit and two in New York State court filed by minor league teams who lost their big league affiliations.

James W. Quinn, a lawyer for the teams who sued, said Thursday that a settlement had been reached in all three cases. Quinn said the terms of the settlement were confidential.

MLB declined comment.

[MLB cut the minimum guaranteed minor league affiliation agreements from 160 to 120 in September 2020](#) and took over running the minors from the National Association of Professional Baseball Leagues, which had been in charge since 1901.

The parent companies of the [Staten Island Yankees, Tri-City ValleyCats, Salem-Keizer Volcanoes and Norwich Sea Unicorns sued MLB](#) in December 2021 in U.S. District Court in Manhattan, alleging a violation of the Sherman Antitrust Act caused by "a horizontal agreement between competitors that has artificially reduced and capped output in the market for MiLB teams affiliated with MLB clubs."

Tri-City and Norwich sued in state court in January 2021 and a trial had been scheduled to start on Nov. 13 on issues such as whether MLB made improper inducements to minor league teams and whether minor league teams breached their agreements with the former minor league governing body.

The federal suit was dismissed in U.S. District Court in Manhattan because of the antitrust exemption and that decision was affirmed by the 2nd U.S. Circuit Court of Appeals. Lawyers for the minor league teams then asked the U.S. Supreme Court to review the decision in an attempt to overturn baseball's antitrust exemption, created by a 1922 Supreme Court ruling. The Supreme Court had not yet considered whether to accept the case.

The Supreme Court granted baseball an antitrust exemption in the Federal League case when Justice Oliver Wendell Holmes wrote that baseball was not interstate commerce but exhibitions exempt from antitrust laws. The Supreme Court reaffirmed the decision in a 1953 case involving New York Yankees farmhand George Toolson and in the 1972 Curt Flood decision, saying any changes should come from Congress.

A 1998 law applied antitrust laws to MLB affecting the employment of major league players at the major league level.

**Associated Press Article**

# Jackson loses team as affiliated minors shrink to 120

BY RONALD BLUM

Published 8:51 PM PDT, December 9, 2020

Share

NEW YORK (AP) — Jackson, Tennessee, lost its Double-A baseball team for next season, one of 40 cities dropped as professional affiliates as Major League Baseball went through with its plan to cut to 120 farm teams.

The New York-Penn League, which started in 1939, was eliminated and the Pioneer League, founded the same year, lost its affiliated status and became an independent partner league. The Appalachian League was converted to a college summer circuit for rising freshmen and sophomores.

Each franchise's top four affiliates will include one team apiece at Triple-A, Double-A, High-A and Low-A. Additional clubs are allowed at spring training complexes and in the Dominican Republic.

Jackson had fielded a Double-A team since 1998, first as a farm team of the Chicago Cubs through 2006, then of Seattle through 2016 and Arizona since 2017. The Amarillo Sod Poodles will switch to the Diamondbacks from San Diego, and the San Antonio Missions from Milwaukee to the Padres, dropping down from Triple-A.

"If we have the necessary advocacy, Major League Baseball has stated a commitment to provide sustainable opportunities for the Jackson Generals to maintain professional baseball," Generals general manager Marcus Sabata said in a statement. "We will wait, respectfully, for more clarity and for the process to play out while continuing to advocate for, and invest in, the city of Jackson and the state of Tennessee."

MLB ended the Professional Baseball Agreement that governed the relationship between the majors and minors. The National Association of Professional Baseball Leagues, which had governed the minors since 1901, is closing down, and the minors will be run from MLB's office in New York under the supervision of Peter Woodfork, MLB's new senior vice president of minor league operations and development.

Washington is dropping the Fresno Grizzlies in California as its Triple-A team in favor of Rochester, New York, which had been affiliated with Minnesota. The Twins' Triple-A team will be the St. Paul Saints, which had been an independent team.

The Saints, one of the rare independent clubs to become a farm team, play at 7,000-seat CHS Field, a 5-year-old ballpark about 11 miles east of Target Field at the other end of a light rail line. CHS Field served as Minnesota's alternate training site during the pandemic-altered 2020 season.

Minnesota moved its Double-A affiliate from Pensacola, Florida, to Wichita, Kansas.

"We have long admired the creative excellence of Marv Goldklang, Mike Veeck and their team in making the Saints one of America's most successful minor league brands," Twins president Dave St. Peter said. "We are incredibly excited at the thought of Minnesota baseball fans having the opportunity to watch their favorite Twins prospects as they wear the Saints uniform and play at gorgeous CHS Field. Simply put, a Twins-Saints partnership would not only be historic, but a wonderful boon for baseball in the Twin Cities and beyond."

Frenso, California, will wind up as the Low-A team of Colorado, according to the Fresno City Council. The Rockies were planning to terminate their affiliation with Lancaster, California.

Major league teams issued 119 invitations Wednesday, and the Rockies then became the final franchise to settle its alignment when the Fresno City Council approved the deal.

The Frederick Keys of the Carolina League also lost professional status. The team, which had been a Baltimore affiliate, will be part of the Draft League that was announced last month for prospects ahead of the amateur draft.

The Nashville Sounds of the Triple-A Pacific Coast League reunite with Milwaukee, its parent club from 2005-14, from Texas. Rock Round rejoins the Rangers after two seasons with Houston, and the Sugar Land Skeeters move to the PCL from the independent Atlantic League to become Houston's top farm team.

The Jacksonville Shrimp move up from Double-A to Triple-A with the Miami Marlins. The Wichita Wind Surge, who were to have started as Miami's Triple-A team in the pandemic-canceled 2020 season, will drop a level to affiliate with the Twins. The team had been the Marlins' Triple-A New Orleans Baby Cakes through 2019.

Binghamton, New York, which had been targeted for elimination, will remain as the New York Mets' Double-A team.

"This result is nothing short of a home run," said Sen. Chuck Schumer, the New York Democrat who is minority leader.

The Brooklyn Cyclones shift from the New York-Penn League to the new High-A full season Mid-Atlantic League and remain with the Mets. As part of the changes announced by the Yankees last month, short-season Staten Island is being dropped along with Double-A Trenton, New Jersey, which will be replaced by Somerset, New Jersey. Trenton will join the Draft League.

Hudson Valley moves from Tampa Bay's New York-Penn team to the Yankees' Mid-Atlantic League team, while Lansing stays in the Midwest League and shifts from Toronto to Oakland. The Augusta GreenJackets of the South Atlantic League shift to Atlanta from San Francisco, and the Asheville Tourists switch to Houston from Colorado.

The Florida State League and California League shift to Low-A from High-A.

AP Sports Writers Dave Campbell and Teresa Walker contributed to this report.

**Associated Press Article**

**MLB sued by 4 former affiliates over minor league cuts**

BY RONALD BLUM
Published 10:33 AM PDT, December 20, 2021
Share

NEW YORK (AP) — Four minor league teams that lost their big league affiliations before the 2021 season have filed an antitrust lawsuit against Major League Baseball, using a law firm that has represented players' unions.

Parent companies of the Staten Island Yankees, Tri-City Valley Cats, Norwich Sea Unicorns and Salem-Keizer Volcanoes filed suit Monday in U.S. District Court in Manhattan, accusing the baseball commissioner's office of violating the Sherman Antitrust Act.

MLB ended the Professional Baseball Agreement that governed the relationship between the majors and minors in late 2020, after minor league seasons were canceled because of the coronavirus pandemic. Affiliates were cut from a minimum of 160 to 120, the National Association of Professional Baseball Leagues that had governed the minors since 1901 was shut down and MLB took over operation of the minors.

"The takeover plan is nothing less than a naked, horizontal agreement to cement MLB's dominance over all professional baseball," the lawsuit said. "There is no plausible procompetitive justification for this anticompetitive agreement."

The suit alleged MLB made decisions to retain minor league teams based on whether they were owned by parent clubs or had political ownership, citing Ohio Gov. Mike DeWine's interest in North Carolina's Class A Asheville Tourists.

MLB said at the time that the changes would cut travel and improve conditions for minor leaguers. The league had no immediate comment Monday.

Staten Island was a Yankees' affiliate, Norwich (Connecticut) a Detroit farm team and Tri-City (Troy, New York) a Houston affiliate, all in the short-season New

York/Penn League, and Salem-Keizer (Oregon) was a San Francisco farm team in the short-season Northwest League.

The U.S. Supreme Court granted baseball an antitrust exemption in a 1922 case involving the Federal League, when Justice Oliver Wendell Holmes wrote in a decision that baseball was not interstate commerce but exhibitions exempt from antitrust laws. The Supreme Court reaffirmed the decision in a 1953 case involving New York Yankees farmhand George Toolson and in the 1972 Curt Flood decision, saying any changes should come from Congress.

Congress passed the Curt Flood Act of 1998, which President Bill Clinton signed, to say antitrust laws apply to MLB affecting the employment of major league players at the major league level.

The lawyers listed on the suit were David J. Lender, Eric S. Hochstadt and Zachary A. Schreiber of Weil, Gotshal & Manges, a law firm that has long represented players' unions, and James W. Quinn and Emily M. Burgess of Berg & Androphy. Quinn is a former Weil head of litigation.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I electronically filed the following document with the United States Court of Appeals for the First Circuit by using the CM/ECF system:

**APPELLANTS' NOVEMBER 3, 2023 LETTER NOTICE RE: SETTLEMENT IN TRI-VALLEY ALLEYCATS CASES**

All counsel of record who have filed notices of appearance and are registered as ECF Filers will be served by the CM/ECF system.


/s/ Samuel Rolnick
Samuel Rolnick