LAW OFFICES
# SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807, San Francisco, CA 94111
(415) 981-6281; FAX (415) 981-7616
Samuel.kornhauser@gmail.com

SAMUEL KORNHAUSER

November 22, 2024

Clerk of the Court
United States Court of Appeals
John Joseph Moakley U. S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:  Concepcion v. MLB  Appeal No. 23-1558  Post-Briefing Developments

Dear Panel:

On August 31, 2023, the parties completed briefing this appeal in *Concepcion, et. al. v. Office of the Commissioner of Baseball, et al.*, Appeal No. 23-1558, where both sides requested summary adjudication of the appeal.

During the year and a quarter since briefing was completed in this appeal, there have been a number of developments in the area of antitrust law applicable to the compensation athletes receive, or should receive, in connection with various amateur and professional sports. For example, the *House v. NCAA* case against the NCAA settled for over $2.7 Billion plus compensation to college athletes [the Uniform Minor League Players contract in this case also contains a Name, Image, and Likeness ("NIL") anti-competitive provision similar to the NIL provision in *House v. NCAA*]. The Minor League owners' antitrust case against Major League Baseball in the *Nostalgic Partners LLC v. The Office of the Commissioner of*

1

*Baseball* case settled. The Professional Golfers' Association ("PGA") and LIV appear to have settled their antitrust lawsuit in *Mickelson v. PGA Tour, Inc.* A NASCAR team co-owned by Michael Jordan has sued NASCAR for Sherman Act, Sections 1 and 2 antitrust violations. An antitrust monopsony case has been filed in *Le v. Zuffa* in the District Court of Nevada.

All of these antitrust cases settled or were brought during the year and a quarter that this appeal has been pending.

We believe our Minor League Baseball clients and the class of all other Minor League Baseball players they putatively represent are entitled to substantial compensation for the MLB Defendants' antitrust violations. This case was filed in the District Court of Puerto Rico on January 11, 2022 and the briefing in this appeal was completed on August 31, 2023, i.e., a year and three months ago. We thought it appropriate to bring these recent antitrust developments to the Court's attention.

Respectfully submitted,

Dated: November 22, 2024     LAW OFFICES OF SAMUEL KORNHAUSER
and
LAW OFFICES OF BRIAN DAVID

By:  /s/ *Samuel Kornhauser*
Samuel Kornhauser

Attorneys for Appellants

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I electronically filed the following document with the United States Court of Appeals for the First Circuit by using the CM/ECF system:

**APPELLANTS' NOVEMBER 22, 2024 LETTER NOTICE**
**RE: POST-BRIEFING DEVELOPMENTS**

All counsel of record who have filed notices of appearance and are registered as ECF Filers will be served by the CM/ECF system.

/s/ Samuel Rolnick
Samuel Rolnick